IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| JOHN AND KATHRYN CLARK, | ) | |
| | ) | 2:11-cv-03188-GEB-GGH |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER[*] |
| | ) | |
| COUNTY OF SACRAMENTO, SACRAMENTO | ) | |
| COUNTY DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, TERI A. | ) | |
| KANEFIELD, ESQ., IN HER CAPACITY | ) | |
| AS COUNSEL APPOINTED BY THE | ) | |
| COUNTY OF SACRAMENTO, ANN | ) | |
| EDWARDS AS DIRECTOR OF THE | ) | |
| SACRAMENTO COUNTY DEPARTMENT OF | ) | |
| HUMAN SERVICES, and DOES 1 | ) | |
| through XXX, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Teri Kanefield ("Defendant") seeks an order dismissing Plaintiffs' 42 U.S.C. § 1983 claim against her, arguing "a court appointed attorney does not act under color of state law for purposes of a 42 U.S.C. § 1983 action." (Def.'s Mot. 2:2-4.) Plaintiffs made a statement of non-opposition to this dismissal motion in the filed "stipulation to dismiss federal action without prejudice to plaintiffs filing state court action[;]" specifically, Plaintiffs state in that filing that Defendant's "pending Motion to Dismiss . . . is well taken, and will not be opposed by Plaintiffs." (ECF No. 11.)

_____

[*]    This matter is deemed suitable for decision without oral argument.  E.D. Cal. R. 230(g).

1

1        Therefore, Plaintiffs' § 1983 claim against Defendant is
2  dismissed. Plaintiffs are granted fourteen (14) days from the date on
3  which this order is filed to file a First Amended Complaint addressing
4  the deficiencies in its § 1983 claim against Defendant.

5        Plaintiffs are warned that a dismissal with prejudice could be
6  entered under Federal Rule of Civil Procedure 41(b) if Plaintiffs fail
7  to file an amended complaint within the prescribed time period.

8  Dated:  April 20, 2012

9

10  _____
    GARLAND E. BURRELL, JR.
11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28